大成 DENTONS

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2025
```

August 5, 2025

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Reyes v. The Baird Group, Inc., Case No. 1:25-cv-03145-MMG

Dear Judge Garnett:

We represent defendant The Baird Group, INC,m ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we request that the Court adjourn the initial pretrial conference scheduled for August 6, 2025 45 days to September 19, 2025. (Dkt # 8).

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

/s/ Jonathan S. Hong
Jonathan S. Hong

cc:   All counsel of record (by ECF)

GRANTED.  The Initial Pretrial Conference originally scheduled for August 6, 2025, is adjourned to **Wednesday, September 24, 2025 at 9:30 a.m.**

Counsel are reminded that pursuant to Rule I(B)(5) of this Court's Individual Rules and Practices, all requests for adjournment must be made a least two days prior to the originally scheduled date, and requests for adjournment may be denied for failure to comply.  Additionally, Counsel are cautioned that requests for adjournment made as late as the afternoon before a morning conference not only cause disruptions for Court staff but in some cases may not feasibly be addressed in time to notify all participants in advance of the conference.

SO ORDERED.  Dated August 5, 2025.

MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE