**大成 DENTONS**

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 22, 2025

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Reyes v. The Baird Group, Inc., Case No. 1:25-cv-03145-MMG

Dear Judge Garnett

We represent defendant The Baird Group, INC,m ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we request that the Court adjourn the initial pretrial conference scheduled for September 24, 2025 30 days to October 24, 2025. (Dkt # 12).

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

GRANTED. The Initial Pretrial Conference previously scheduled for September 24, 2025 is adjourned to **Wednesday, October 29, 2025, at 1:00 p.m.** Further requests to adjourn the conference will not be granted absent a joint letter from counsel summarizing their prior efforts to reach a settlement (not revealing the substance of any negotiations) and specifying a schedule for further settlement discussions.

SO ORDERED.  Dated September 22, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms